1  Charles D. Oren, Esq. #103038
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| MILDRED CARTER, | ) | |
|---|---|---|
| | ) | 1:07-cv-00045 LJO SMS |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until August 24, 2007, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, January 9, 2007, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated:  July 24, 2007 | /s/ Charles D. Oren |
| 2 | | CHARLES D. OREN,<br>Attorney for Plaintiff. |
| 3 | Dated: July 24, 2007 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Peter Thompson<br>(as authorized via facsimile)<br>PETER THOMPSON |
| 7 | | Assistant U.S. Attorney |
| 8 | IT IS SO ORDERED. | |
| 9 | Dated:  8/3/2007 | |
| 10 | | /s/ Sandra M. Snyder<br>SANDRA M. SNYDER<br>United States Magistrate Judge |