HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILDRED D. CARTER, ) | Case No.: 1:07-cv-00045-LJO-SMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (60) days up through and including Friday, December 21, 2007 in which to file her Opening Brief. This extension is necessitated by: (a) the retention of new counsel who has no previous involvement or familiarity with the case; and (2) the number of other cases (9) Plaintiff's counsel currently needs to brief for this court and other district courts in and around this time period.

1

STIPULATION AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1

2                                  McGREGOR W. SCOTT
                                   United States Attorney

3

4                                    (Verbal authorization given via telephone)

5 Dated: October 18, 2007          */s/PETER K. THOMPSON*
                                   PETER K. THOMPSON

6                                    Special Assistant U.S. Attorney

7

8

9 Dated: October 18, 2007          */s/HARVEY P. SACKETT*
                                   HARVEY P. SACKETT

10                                    Attorney for Plaintiff,
                                   MILDRED D. CARTER

11

12

13

14

15

16 IT IS SO ORDERED.

17

18 Dated:   10/19/2007                         **/s/ Sandra M. Snyder**

19                                    HON. SANDRA M. SNYDER
                                   United States Magistrate Judge

20

21

22

23

24

25

26

27

28

2

STIPULATION AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com