HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILDRED D. CARTER, ) | Case No.: 1:07-CV-00045-AWI-SMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (14) days up through and including Tuesday, October 14, 2008 in which to file her Objections to Magistrate Judge's Findings and Recommendations. This extension is necessitated by the number of other cases (6) Plaintiff's counsel currently needs to brief for this court and other district courts in and around this time period.

1

STIPULATION AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

McGREGOR W. SCOTT
United States Attorney

Dated: September 26, 2008          */s/AMITA BAMAN TRACY*
                                   AMITA BAMAN TRACY
                                   Special Assistant U.S. Attorney

Dated: September 26, 2008          */s/HARVEY P. SACKETT*
                                   HARVEY P. SACKETT
                                   Attorney for Plaintiff,
                                   MILDRED D. CARTER

IT IS SO ORDERED.

Dated:    10/1/2008                 **/s/ Sandra M. Snyder**
                                    HON. SANDRA M. SNYDER
                                    United States Magistrate Judge

2

STIPULATION AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com