UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILDRED CARTER, ) | 1:07-cv-00045-LJO-SMS |
| ) | |
| Plaintiff, ) | ORDER RE: FINDINGS AND |
| v. ) | RECOMMENDATIONS RE: PLAINTIFF'S |
| ) | SOCIAL SECURITY COMPLAINT (DOCS. |
| MICHAEL J. ASTRUE, ) | 1, 28) |
| Commissioner of Social ) | |
| Security, ) | ORDER DIRECTING REMAND PURSUANT |
| ) | TO SENTENCE FOUR of 42 U.S.C. § |
| Defendant. ) | 405(g) |
| ) | |
| ) | ORDER DIRECTING THE CLERK TO |
| | ENTER JUDGMENT FOR PLAINTIFF |
| | MILDRED CARTER AND AGAINST |
| | DEFENDANT MICHAEL J. ASTRUE |

Plaintiff is represented by counsel and seeks judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying an application for benefits. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(15).

On August 29, 2008, the Magistrate Judge filed findings and a recommendation that the Plaintiff's social security complaint be granted, the matter be remanded pursuant to sentence four of 42 U.S.C. § 405(g), and the Clerk be directed to enter judgment for Plaintiff Mildred Carter and against Defendant Michael J. Astrue.

1

1  The findings and recommendation were served on all parties on August
2  29, 2008, and contained notice that any objections to the findings
3  and recommendations were to be filed within thirty (30) days of the
4  date of service of the order. An extension of time until October 14,
5  2008, for the filing of objections, was granted on October 1, 2008,
6  pursuant to the parties' stipulation. The time for filing objections
7  has run, and no party filed any objections.

8      In accordance with the provisions of 28 U.S.C. § 636
9  (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
10 452, 454 (9th Cir. 1983), this Court has conducted a *de novo*
11 review of the case. Having carefully reviewed the entire file,
12 the Court finds that the findings and recommendation filed on
13 August 29, 2008, are supported by the record and proper analysis.

14     Accordingly, IT IS HEREBY ORDERED that:

15     1. The findings and recommendation filed on August 29, 2008,
16 are ADOPTED IN FULL; and

17     2. The Plaintiff's social security complaint IS GRANTED, and
18 the matter IS ORDERED remanded pursuant to sentence four of 42
19 U.S.C. § 405(g); and

20     3. The Clerk of Court IS DIRECTED to enter judgment for
21 Plaintiff Mildred Carter and against Defendant Michael J. Astrue
22 and to close this action.

23     IT IS SO ORDERED.

24 **Dated:  October 17, 2008**                    **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE