McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
AMITA BAMAN TRACY
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8972
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MILDRED CARTER, ) <br> ) <br>     Plaintiff, ) <br> ) <br>         v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br>     Defendant. ) <br> _____ ) | CIVIL NO. 1:07-cv-00045-LJO-SMS <br><br> MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S APPLICATION FOR AWARD OF ATTORNEY'S FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT [28 U.S.C. § 2412(d)] AND <br><br> ORDER |

    Defendant, through his attorney undersigned, moves this Court for an Order granting Defendant an extension for an additional 15 days to respond to Plaintiff's motion for Award of Attorney's Fees and Costs under the Equal Access to Justice Act [28 U.S.C. § 2412(d)], up to and including January 20, 2009. Defendant requests the extension due to his counsel's approved leave schedule. Counsel for Defendant, Special Assistant United States Attorney Amita B. Tracy, has been on approved leave and out of the office since December 22, 2008, and she will return to the office on January 5, 2009. The extension of time will permit the parties to meet and confer in an attempt to resolve the issue and, if not

resolved, will permit the Defendant to prepare an adequate response. The current due date is January 5, 2009. The new due date will be January 20, 2009.

In an email dated December 19, 2008, sent at 6:17 p.m., Plaintiff's Counsel indicated that he would not oppose an extension through and until January 20, 2009. Plaintiff's Counsel has since been out of the office and will not return until January 5, 2009, which is why this motion could not be submitted as a stipulation.

Respectfully submitted,

Dated: December 30, 2008

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ *Michael A. Cabotaje for Amita Baman Tracy**
_____
Amita Baman Tracy
Special Assistant U.S. Attorney
Attorneys for Defendant
[*as authorized by telephone on December 30, 2008]

**ORDER**

APPROVED.

IT IS SO ORDERED.

**Dated:   January 8, 2009**          /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE