# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILDRED CARTER, | CASE NO. 1:07-cv-00045-LJO-SMS |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THE COURT GRANT PLAINTIFF'S MOTION FOR ATTORNEYS' FEES UNDER 42 U.S.C. § 406(b) |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | (Doc. 48) |

Plaintiff Mildred Carter moved the Court to grant net attorneys' fees of $9,612.52 under 42 U.S.C. § 406(b). Defendant Commissioner took no position regarding Plaintiff's request.

Having reviewed the motion and its supporting documentation, as well as the case file, on November 19, 2010, the Magistrate Judge recommended that the Court award the requested attorneys' fees. The Findings and Recommendations were served on both parties and contained notice that any objections were to be filed within thirty (30) days. No objections have been filed with the Court.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the undersigned has reviewed this case *de novo*. Having carefully considered Plaintiff's application, the Court finds the Findings and Recommendations to be supported by the record and proper legal analysis.

Accordingly, the Findings and Recommendations, filed November 19, 2020, are hereby adopted in full. The Court hereby GRANTS Plaintiff's motion for attorneys' fees of $17,250.25, net of the previously awarded fee of $7637.73 under the Equal Access to Justice Act (EAJA), for a net amount of $9612.52.

IT IS SO ORDERED.

Dated: **December 23, 2010**         **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE